THIRD TAXING DISTRICT OF THE CITY OF NORWALK
*v.* MICHAEL LYONS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 795 (AC 12292), is denied.

*Ridgely W. Brown* and *Benjamin E. Gershberg,* in support of the petition.

*Richard A. Silver, Jonathan M. Levine, Jonathan L. Mannina* and *Mitchell J. Rosenfeld,* in opposition.

Decided November 3, 1994

STATE OF CONNECTICUT *v.* LAKE SPEARS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 36 Conn. App. 106 (AC 12908), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the state of Connecticut does not have jurisdiction over crimes allegedly committed by the defendant on the Mashantucket Pequot Indian Reservation in Ledyard?"

The Supreme Court docket number is SC 15117.

*C. Robert Satti, Sr.,* state's attorney, in support of the petition.

*Richard D. Haviland,* in opposition.

Decided November 3, 1994